IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TERRENCE RUBEN SHEAD )<br>    ID# 1274940                       )<br>            Petitioner,              )<br>vs.                                         )<br>                                              )<br>RICK THALER, Director,       )<br>Texas Department of Criminal )<br>Justice, Correctional Institutions )<br>Division,                                 )<br>            Respondent.           ) | No. 3:09-CV-0523-K |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Petitioner's Objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, filed on October 14, 2009, are **OVERRULED.**

SIGNED this 19th day of October, 2009.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE